of Appeals for the Ninth Circuit denied. *Mr. Byron C. Hanna* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 97. WINGERT ET AL. *v.* SMEAD ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Miller Wingert* for petitioners. No appearance for respondents.

No. 98. ANDERSON ET AL. *v.* MOORE ET AL.; and
No. 99. GRAHAM ET AL. *v.* SAME. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John Lichty* for petitioners. *Solicitor General Biggs, Assistant Attorney General Blair,* and *Messrs. Aubrey Lawrence* and *H. Brian Holland* for respondents.

No. 101. SHANFEROKE COAL & SUPPLY CORP. *v.* WESTCHESTER SERVICE CORP. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George C. Levin* for petitioner. *Mr. Ralph Royall* for respondent.

No. 104. LEVY-WARD GROCER CO. *v.* LAMBORN ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Dudley Morton Shively* for petitioner. *Messrs. Samuel D. Miller, S. B. Pettengill,* and *A. C. B. McNevin* for respondents.